**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

January 23, 2025

Honorable Judith C. McCarthy
United States Magistrate Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**APPLICATION GRANTED**

_Judith C. McCarthy_
Hon. Judith C. McCarthy    1-23-2025

BY ECF and EMAIL/PDF

Re:   USA v. Divya Kumari, 25 mj 135
      Motion for Extension to Comply with Bond Conditions

Dear Judge McCarthy:

    I am appointed to represent the defendant. On January 16, 2025 the defendant made her initial appearance before the Honorable Victoria Reznik and was granted pretrial release which included a $75,000 unsecured personal recognizance bond to be co-signed by two financially responsible persons, electronic monitoring with curfew and standard conditions. (ECF Doc No. 15). The defendant was released on her signature with a deadline of January 23, 2025 to perfect the bond.

    While both sureties have been approved there may not be sufficient time to perfect the bond by the deadline today. I therefore ask the Court to grant a one week extension for full compliance, to Thursday, January 30, 2025. The Government has no objection to this application.

    Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA David Markewitz (By ECF and Email/PDF)